**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
MANUEL AGUILAR, SR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL AGUILAR, SR.,** | **Case No.:** CV23-822 DOC (JPRx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT AMERICAN EXPRESS NATIONAL BANK** |
| **LVNV FUNDING, LLC; MANDARICH LAW GROUP, LLP; RESURGENT CAPITAL SERVICES L.P.; AMERICAN EXPRESS NATIONAL BANK; DISCOVER FINANCIAL SERVICES; JPMORGAN CHASE BANK, N.A.; PNC BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC,** | **HON. DAVID O. CARTER** |
| Defendant(s). | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MANUEL AGUILAR, SR. ("Plaintiff") and Defendant AMERICAN EXPRESS NATIONAL BANK has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss AMEX with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding AMEX be vacated.

Date: June 12, 2023                                                           **LOKER LAW, APC**

                                                     BY:    /S/ MATTHEW M. LOKER
                                                                                MATTHEW M. LOKER, ESQ.
                                                                                ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant American Express* has been submitted on June 12, 2023 to all defense counsel of record via e-mail and U.S. Mail.

   /s/ MATTHEW M. LOKER
MATTHEW M. LOKER, ESQ.