**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
MANUEL AGUILAR, SR.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL AGUILAR, SR., | **Case No.:** CV23-822 DOC (JPRx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER FINANCIAL SERVICES** |
| LVNV FUNDING, LLC; MANDARICH LAW GROUP, LLP; RESURGENT CAPITAL SERVICES L.P.; AMERICAN EXPRESS NATIONAL BANK; DISCOVER FINANCIAL SERVICES; JPMORGAN CHASE BANK, N.A.; PNC BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC, | **HON. DAVID O. CARTER** |
| Defendant(s). | |

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

1

2      NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MANUEL

3  AGUILAR, SR.    ("Plaintiff") and Defendant DISCOVER FINANCIAL

4  SERVICES has been resolved.  The Parties anticipate filing a Joint Stipulation to

5  Dismiss Discover with Prejudice within sixty days.  Plaintiff requests that all

6  pending dates and filing requirements regarding Discover be vacated.

7  Date: June 12, 2023                                          **LOKER LAW, APC**

8

9                                                    BY:    /S/ MATTHEW M. LOKER
                                                           MATTHEW M. LOKER, ESQ.
10                                                         ATTORNEY FOR PLAINTIFF

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOKER LAW, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**

**LOKER LAW, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Discover* has been submitted on June 12, 2023 to all defense counsel of record via e-mail and U.S. Mail.

            ___/S/ MATTHEW M. LOKER__
            MATTHEW M. LOKER, ESQ.

---

**CASE NO.: CV23-822 DOC (JPRx)**        *Aguilar, Sr. v. LVNV Funding, LLC, et al.*
**PROOF OF SERVICE**