**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
MANUEL AGUILAR, SR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AGUILAR, SR., <br><br> Plaintiff, <br><br> v. <br><br> LVNV FUNDING, LLC; MANDARICH LAW GROUP, LLP; RESURGENT CAPITAL SERVICES L.P.; AMERICAN EXPRESS NATIONAL BANK; DISCOVER FINANCIAL SERVICES; JPMORGAN CHASE BANK, N.A.; PNC BANK, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC, <br><br> Defendant(s). | **Case No.:** CV23-822 DOC (JPRx) <br><br> **NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK, N.A.** <br><br> **HON. DAVID O. CARTER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MANUEL AGUILAR, SR. ("Plaintiff") and Defendant JPMORGAN CHASE BANK, N.A. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Chase with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Chase be vacated.

Date: June 12, 2023　　　　　　　　　　　　　　　　　　　**LOKER LAW, APC**

　　　　　　　　　　　　　　　　　　　BY:　　/S/ MATTHEW M. LOKER
　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. LOKER, ESQ.
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Chase* has been submitted on June 12, 2023 to all defense counsel of record via e-mail and U.S. Mail.

                                              ___/S/ MATTHEW M. LOKER__
                                              MATTHEW M. LOKER, ESQ.